JJD:PGS/JLG
F. #2019R00___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SANTO FERNANDEZ-BENITEZ,
   also known as "Pelon,"

              Defendant.

- - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF ARREST
WARRANT

(21 U.S.C. § 846)

19  0650M

EASTERN DISTRICT OF NEW YORK, SS:

       EDWARD J. HESLIN, being duly sworn, deposes and states
that he is a Special Agent with the Federal Bureau of Investigation
("FBI"), duly appointed according to law and acting as such.

       Upon information and belief, in or about and between
January 2013 and December 2016, both dates being approximate and
inclusive, within the Eastern District of New York and
elsewhere, the defendant SANTO FERNANDEZ-BENITEZ, also known as
"Pelon," together with others, did knowingly and intentionally
conspire to distribute and possess with intent to distribute one
or more controlled substances, to wit: a substance containing
cocaine, a Schedule II controlled substance, and a substance
containing marijuana, a Schedule I controlled substance, for

19 0650M

remuneration, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

(Title 21, United States Code, Section 846).

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1.   I have been a Special Agent with the FBI for approximately 23 years.  I am currently assigned to the FBI's Long Island Gang Task Force (the "Task Force"), which is comprised of agents and officers of the FBI, Nassau County Police Department, Nassau County Sheriff's Department, Suffolk County Probation, Suffolk County Sheriff's Department, and Suffolk County Police Department ("SCPD").  The primary mission of the Task Force is to combat violent crime perpetrated by street gang members.  The information contained in this affidavit comes from first-hand knowledge, surveillance, interviews of gang members, my discussions with witnesses involved in the investigation, my discussions with other agents and officers, and a review of reports and evidence related to this investigation.

<u>La Mara Salvatrucha</u>

2.   Many of the cases investigated by the Task Force involve members of the MS-13, an international criminal

---

[1/]   Because the purpose of this affidavit is to establish only probable cause to arrest the defendant, I have not set forth a description of all the facts of which I am aware.

organization. The MS-13 constitutes an "enterprise" as defined in Section 1959(b)(2) of Title 18, United States Code, that is, a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce. Furthermore, the MS-13, through its members and associates, engages in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts and threats involving murder, in violation of the laws of the State of New York, and narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846. Over the past several years, dozens of MS-13 members have been indicted and convicted in the Eastern District of New York for, among other things, murder, attempted murder, conspiracy to commit murder, and assaults, all committed in violation of Title 18, United States Code, Section 1959(a).

3. The MS-13, primarily comprised of immigrants from El Salvador and Honduras, has members located throughout Long Island and the United States. In the United States, major MS-13 chapters, or "cliques," have been established in New York, Maryland, Virginia, North Carolina, Texas, California and elsewhere. Following induction, members of the MS-13 sometimes signify their membership with gang-related tattoos. On Long Island, MS-13 cliques have been established in various towns

3

including Hempstead, Freeport, Westbury, Roosevelt, Huntington, Brentwood and Islip. The cliques routinely hold meetings to plan criminal activity and members pay dues into a clique treasury. The treasury funds are used to purchase firearms and ammunition and to promote other illegal activity. Inter-clique meetings, called "Universals," are used to coordinate criminal activities among different cliques. Participation in criminal activity by a member, especially violence directed at rival gangs or police informants, increases the respect accorded to that member and could result in a promotion to a leadership position. On Long Island, MS-13 members are frequently involved in violent altercations with members of rival gangs such as the 18th Street gang, Salvadorans With Pride, the Latin Kings, the Bloods and Goon Squad. Long Island MS-13 members have repeatedly carried out assaults, stabbings and shootings targeting members of rival gangs and others, including MS-13 members believed to be cooperating with law enforcement. Long Island MS-13 members have committed dozens of murders on behalf of the gang.

4.    The defendant SANTO FERNANDEZ-BENITEZ, also known as "Pelon," is a self-admitted member of the Brentwood Locos Salvatruchas ("BLS") clique of the MS-13. In addition, the defendant has been identified as a member of the BLS clique of the MS-13 by numerous witnesses, including without limitation three

4

cooperating defendants, "Cooperating Defendant-1," "Cooperating Defendant-2" and "Cooperating Defendant-3," respectively.[2]

### Conspiracy to Distribute Cocaine and Marijuana

5.     Multiple witnesses, including Cooperating Defendant-1, Cooperating Defendant-2 and Cooperating Defendant-3, have informed the government that the defendant SANTO FERNANDEZ-BENITEZ, also known as "Pelon," and other members of the BLS clique conspired to distribute marijuana and cocaine in order to help finance the clique's criminal operations between approximately January 2013 and December 2016.[3]   Specifically, Cooperating Defendant-1, Cooperating Defendant-2 and Cooperating Defendant-3 stated that the respective leaders of the BLS clique during that time period, including Ronald Catalan, also known as "Stranger,"[4]

---

[2]     Cooperating Defendant-1, Cooperating Defendant-2 and Cooperating Defendant-3 pleaded guilty to federal racketeering charges, pursuant to cooperation agreements with the government, and are cooperating with the hope of earning reduced sentences. The information provided by Cooperating Defendant-1, Cooperating Defendant-2 and Cooperating Defendant-3 has proven to be reliable and has been corroborated by other sources of evidence, including other witnesses, video surveillance, telephone records, and ballistics evidence.

[3]     The defendant was deported to El Salvador on or about December 9, 2016.  At some point thereafter, the defendant illegally reentered the United States and he was arrested in Maryland.  The defendant currently is in immigration custody.

[4]     Catalan, who was charged in United States v. Contreras, et al., 16-CR-403 (JFB), previously pleaded guilty to racketeering

5

who was the BLS leader during 2015 and 2016, and other members of the BLS clique would provide the other members and associates with cocaine and/or marijuana to sell.  The MS-13 members, including the defendant, sold narcotics on behalf of the BLS clique and, at the end of the week, the MS-13 members would collect the proceeds, purchase more narcotics, and this cycle would repeat itself.  Once the profits garnered from the narcotics sales were deposited into the BLS clique's treasury, they were used for a variety of purposes, including the purchase of firearms and ammunition, and sending money to MS-13 leadership in El Salvador, by wire transfers.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant SANTO FERNANDEZ-BENITEZ, also known as "Pelon," so that he may be dealt with according to law.

---

and firearms charges, including predicate acts of three attempted murders and a conspiracy to distribute cocaine and marijuana, relating to the above-referenced conduct.

6

WHEREFORE, your deponent further respectfully requests that this affidavit and the arrest warrant be filed under seal pending further order of the Court.

SPECIAL AGENT EDWARD J. HESLIN
Federal Bureau of Investigation

Sworn to before me this
17th day of July, 2019

/s/ Anne Y. Shields

THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

7

